CAULFIELD, Respondent, v. BALL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Jennie Caulfield against John Oscar Ball, as trustee, etc., and John A. Caulfield.

PER CURIAM. Judgment modified, by striking therefrom the provision with regard to the payment of arrears of alimony, counsel fee, and costs, and the provision directing the issue of execution, and, as so modified, the judgment is affirmed, without costs.

———

CHARLES, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Adelaide W. Charles, as sole executrix, etc., of Archibald Charles, deceased, against George B. Leonard.

PER CURIAM. Order affirmed, with costs.

JENKS, P. J. and HIRSCHBERG, J., dissent.

———

In re CHAUNCEY ST. et al. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) In the matter of acquiring title by the City of New York to certain land and premises situated in the block bounded by Chauncey Street, Marion Street, Hopkinson Avenue, and Rockaway Avenue, in the Borough of Brooklyn, duly selected as a storage yard for the department of highways. No opinion. Motion for stay denied, without costs. See, also, infra.

———

In re CHAUNCEY ST. et al. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter of acquiring title by the City of New York to certain land and premises in the block bounded by Chauncey Street, Marion Street, Hopkinson Avenue, and Rockaway Avenue, in the Borough of Brooklyn, etc.

PER CURIAM. Motion granted, without costs, so as to permit any alleged heirs of Sarah Duryea, represented by the counsel who made the motion, to appear and to be heard before the referee, without prejudice, however, to the proceedings heretofore had before him. The representation of such heirs by said counsel must be evidenced by written retainer, submitted to the referee within 10 days after the granting of this motion. See, also, supra.

———

CHENEY, Respondent, v. CORNELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Ellen Cheney against Jay Cornell and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

———

CHRISTIANSEN, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Petrine Christiansen, as administratrix, etc., of Peter Christiansen, deceased, against the International Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

———

In re CITY OF NEW YORK. In re REILLY. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of the City of New York. In re M. Estelle Reilly. No opinion. Reference ordered. Settle order on notice.

———

CITY OF NEW YORK, Respondent, v. BLUM, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by the City of New York against Benjamin Blum.

PER CURIAM. Judgment (72 Misc. Rep. 243, 131 N. Y. Supp. 87) modified, by providing that the expense of cleaning the pond and of the construction of the filter beds be payable by the plaintiff, instead of by the defendant, and, as so modified, affirmed, upon the opinion of Mr. Justice Jaycox at Special Term, with costs to the appellant.

———

CITY OF NEW YORK v. FREDERICKS. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the City of New York against Henry J. Fredericks. No opinion. Motion granted. Order filed. See, also, 134 N. Y. Supp. 796.

———

CITY OF ROCHESTER, Respondent, v. AMERICAN AGRICULTURAL CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by the City of Rochester against the American Agricultural Chemical Company. No opinion. Judgment affirmed.

———

CITY OF ROCHESTER, Respondent, v. GUTBERLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by the City of Rochester against Edward C. Gutberlett. No opinion. Judgment (73 Misc. Rep. 607, 133 N. Y. Supp. 541) affirmed, with costs.

———

CLANCY, Appellant, v. PRESCOTT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Margaret Clancy against Amos D. Prescott and others. No opinion. Judgment and order unanimously affirmed, with costs.

———

CLEMENT, Appellant, v. RECTOR'S et al., Respondents. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Maynard N. Clement, as commissioner, against Rector's and the United States Guarantee Company. C. Firestone, for appellant. M. Meyer, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.